**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6361**

CHARLES M. MOODY,

                                        Plaintiff - Appellant,

        versus

EDDIE PEARSON, Chief Warden; JOANNE MCCARTHY;
FRED SCHILLING, Health Director,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CA-01-36-2)

Submitted:  July 26, 2001          Decided:  August 6, 2001

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles M. Moody, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Charles M. Moody appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Moody v. Pearson</u>, No. CA-01-36-2 (E.D. Va. Feb. 13, 2001).  Moody's motions for production of documents and for a temporary restraining order are denied.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>